Defense Lawyers for leave to file briefs as *amici curiae* granted. Petition for writ of mandamus denied.

No. 90–1577. UNITED STATES *v.* R. L. C. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 90–1194. MAINE PUBLIC UTILITIES COMMISSION *v.* MAINE YANKEE ATOMIC POWER CO. Sup. Jud. Ct. Me. Certiorari denied.

No. 90–1423. MASSILLON BOARD OF EDUCATION *v.* FARBER. C. A. 6th Cir. Certiorari denied.

No. 90–1460. TARASSOUM *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 10th Cir. Certiorari denied.

No. 90–1506. GLOBUS *v.* SKINNER, SECRETARY OF TRANSPORTATION, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 90–1508. CITY OF EL CENTRO, CALIFORNIA *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 90–1541. WASHINGTON STATE DEPARTMENT OF TRANSPORTATION *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY. C. A. D. C. Cir. Certiorari denied.

No. 90–1542. RIVIECCIO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–1550. HUDSON ET AL. *v.* CHICAGO TEACHERS UNION, LOCAL 1, ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–1563. MCEVOY *v.* NEW YORK. App. Term, Sup. Ct. N. Y., 1st and 12th Jud. Dists. Certiorari denied.

No. 90–1593. PARAMOUNT PICTURES CORP. ET AL. *v.* THE MOVIE 1 & 2. C. A. 9th Cir. Certiorari denied.